

# Case Assignment
# Standard Criminal Assignment

Case number **3:22CR-20-BJB**

Assigned : Judge Benjamin Beaton
Judge Code : B213

Assigned on 3/16/2022 1:38:51 PM
Transaction ID: 67367

[ Request New Judge ]   [ Return ]