UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                              Criminal Action No.: 3:22-CR-20-BJB

KATIE R. CREWS                                              DEFENDANT

### NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Amanda E. Gregory hereby enters her appearance of record on behalf of the United States of America.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

_____
Amanda E. Gregory
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
Phone: (502) 582-5016
FAX:   (502) 582-5067
Email: amanda.gregory@usdoj.gov

FILED
JAMES J. VILT, JR. - CLERK
MAR 16 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY