UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                          PLAINTIFF

VS                                              CRIMINAL ACTION NO.:  3:22-CR-20-BJB

KATIE CREWS                                                                       DEFENDANT

*ELECTRONICALLY FILED*

### NOTIE OF ENTRY OF APPEARANCE

Attorney Steve Schroering hereby enters his appearance of record on behalf of the Defendant, Katie Crews.

Respectfully submitted,

S/ STEVE SCHROERING____
STEVE SCHROERING
1015 S. Fourth Street
Louisville KY 40203
502-648-9124
fax: (502) 584-2432
steveschroeringlaw@gmail.com
*Attorney for Katie Crews*